1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    RAUL TRUJILLO,                              Case No.: 1:18-cv-00850 JLT (PC)

12                      Plaintiff,                ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE
13            v.                                  EASTERN DISTRICT OF CALIFORNIA

14    C. FICKES,

15                      Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

20   violations took place in Solano County, which is part of the Sacramento Division of the United

21   States District Court for the Eastern District of California. Therefore, the complaint should have

22   been filed in the Sacramento Division.

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25   will be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to

26   proceed in forma pauperis.

27   / / /

28

                                             1

1      Good cause appearing, the Court **ORDERS**:

2      1. This action is transferred to the United States District Court for the Eastern District of

3 California sitting in Sacramento; and

4      2. All future filings shall refer to the new Sacramento case number assigned and shall be

5 filed at:

6         United States District Court
        Eastern District of California
7         501 "I" Street, Suite 4-200
        Sacramento, CA 95814

8

9      3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

10

11 IT IS SO ORDERED.

12    Dated:   **June 25, 2018**                **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28